ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RIGOBERTO SALINAS,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br>Sec. of Corrections,<br><br>    Respondent. | Case No. SACV 11-00211 PSG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Order Dismissing Habeas Petition As Time-Barred.

Dated: April 08, 2011

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY